# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

**CLAYTON SAMUEL WILSON,**
Plaintiff,

v.

**CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS,**
Defendant.

Case No.: _____

# VERIFIED COMPLAINT

For Violations of the Fair Credit Reporting Act (15 U.S.C. §1681 et seq.) and Fair Debt Collection Practices Act (15 U.S.C. §1692 et seq.)

# I. JURISDICTION AND VENUE

1. This Court has federal question jurisdiction under **28 U.S.C. §1331** because Plaintiff brings claims under federal statutes, including:
    - **15 U.S.C. §1681n**,
    - **15 U.S.C. §1681o**,
    - **15 U.S.C. §1681s-2(a) & (b)**,
    - **15 U.S.C. §1692g(b)**.
2. Venue is proper in this District pursuant to **28 U.S.C. §1391(b)** because Plaintiff resides here and the events giving rise to this action occurred in this District.

# II. PARTIES

3. Plaintiff **Clayton Samuel Wilson** is a natural person residing at: **111 Grandview Ave, Bridgeport, CT 06606**.

4. Defendant **Cellco Partnership d/b/a Verizon Wireless** is a domestic partnership organized under U.S. law and is a furnisher of consumer credit information to Experian, Equifax, and TransUnion.
Its principal business address is:
**1 Verizon Way, Basking Ridge, NJ 07920.**

# III. FACTUAL ALLEGATIONS

5. Defendant is reporting an alleged Verizon Wireless account ending in **44-1** to Experian, Equifax, and TransUnion.
6. Plaintiff disputed the account in writing and requested **full validation** pursuant to:
    - **15 U.S.C. §1692g(b)**,
    - **15 U.S.C. §1681s-2(b)**,
    - CFPB Regulation F.
7. Plaintiff requested:
   a. A signed contract or service agreement
   b. Itemized statements
   c. Proof of ownership of the account
   d. Complete accounting and ledger
   e. Proof of assignment or authority to collect/report
   f. Evidence of liability containing Plaintiff's signature
8. On **November 29, 2025**, Defendant responded via "Executive Relations" with a generic letter stating the balance was "valid" and attaching an unverified invoice.
9. Defendant **did not** provide:
    - A contract
    - Original application
    - Signed agreement
    - Payment history
    - Chain of title
    - Authentication
    - Verification as defined under §1692g(b)
10. Defendant continued reporting the alleged account to CRAs **after receiving notice of dispute**, without conducting a lawful investigation.
11. Defendant failed to mark the account as **"disputed"** in violation of **15 U.S.C. §1681s-2(a)(3)**.
12. Defendant failed to conduct a **reasonable investigation** under **§1681s-2(b)**.
13. As a result, Plaintiff suffered:

- Lowered credit score
- Denial of credit opportunities
- Emotional distress
- Time and resources spent correcting inaccuracies

# IV. CAUSES OF ACTION

## COUNT I — Violation of 15 U.S.C. §1681s-2(b)

(Failure to Conduct Reasonable Investigation)

14. Plaintiff re-alleges all preceding paragraphs.
15. Defendant received notice of Plaintiff's dispute from at least one CRA.
16. Defendant failed to:

- Investigate properly
- Review relevant materials
- Provide documentation proving liability
- Report accurate results
- Delete or correct the inaccurate information

17. These failures constitute violations of **§1681s-2(b)**.

## COUNT II — Violation of 15 U.S.C. §1681s-2(a)(3)

(Failure to Report Account as Disputed)

18. Plaintiff disputed the account in writing.
19. Defendant continued reporting without marking the account as "disputed," which courts recognize as a standalone violation of the FCRA.

## COUNT III — Violation of 15 U.S.C. §1692g(b)

(Continued Collection Activity Without Validation)

20. Reporting to CRAs is considered **collection activity**.
21. Defendant continued reporting without first providing proper validation, violating **§1692g(b)**.

## COUNT IV — Willful FCRA Violations (15 U.S.C. §1681n)

22. Defendant acted willfully by ignoring Plaintiff's lawful dispute and failing to provide legally required information.

## COUNT V — Negligent FCRA Violations (15 U.S.C. §1681o)

23. Alternatively, Defendant acted negligently.

# V. DAMAGES

Plaintiff seeks:

- Statutory damages
- Actual damages
- Punitive damages under **§1681n**
- Injunctive deletion of the account

# VI. PRAYER FOR RELIEF

Plaintiff respectfully requests judgment as follows:

A. For Plaintiff and against Defendant
B. Compelling Defendant to delete the Verizon Wireless account
C. Award of statutory damages
D. Award of actual damages
E. Award of punitive damages
F. Any other relief deemed just and proper

# VII. VERIFICATION

I, **Clayton Samuel Wilson**, declare under penalty of perjury that the facts stated in this Verified Complaint are true and correct to the best of my knowledge.

*[signature]* VCC 1-308

**Clayton Samuel Wilson**
Date: 12/10/25

111 Grandview Ave
Bridgeport CT 06604

Clayton Wilson
111 Grandview Ave
Bridgeport CT 06606
516-644-3673
DOB: 12/03/1992
SSN: 4670

Verizon Wireless Collections Department
 One Verizon Way, VC54N100, Basking Ridge, NJ 07920-1097 (for legal notice/arbitration)]
Attn: Dispute Resolution Manager / Legal

RE: FORMAL LEGAL NOTICE OF DISPUTE - FCRA § 615(b) and C.G.S. § 42-110b
Account Number Reported: [Account Number from Report XXXXX6896]

Dear Sir or Madam,

This letter serves as a formal notice of dispute pursuant to the Fair Credit Reporting Act (FCRA), 15 U.S.C. § 1681i and § 1681s-2(b). I dispute the completeness and accuracy of the information you have furnished to the nationwide consumer reporting agencies regarding the above-referenced service account.

**Demand for Investigation and Verification:**
I demand verification of the debt, including:
1. **Original Service Agreement:** A copy of the signed service contract that establishes my liability for the full amount reported.
2. **Final Billing Statement:** The final, itemized bill showing the exact charge leading to the reported debt status.
3. **Date of First Delinquency (DOFD):** The specific date this was marked delinquent.

**Specific Violations Cited:**
Reporting a service account as a collection without providing full verification of the underlying obligation is an unfair and deceptive practice under **Connecticut Unfair Trade Practices Act (CUTPA) (C.G.S. § 42-110b)**, which applies to trade and commerce in this state.

If this information cannot be fully verified, you must immediately **DELETE** this entry from all three credit reports and notify the CRAs of the deletion.

I expect written confirmation of the results of your investigation within 30 days of your receipt of this notice.

Sincerely,

Verizon
Attn: Executive Relations
P.O. Box 10
Newark, NJ 07101-0010

November 29, 2025

**Via USPS**

Clayton Samuel Wilson
111 Grandview Ave
Bridgeport, CT 06606
**Re:  Account no.: \*\*\*\*44-1**

Dear Mr. Clayton Samuel Wilson

We are writing to you in response to your correspondence regarding the above-listed Verizon account.

After reviewing your concerns, we determined there are no open issues and the balance owed on your account is valid and no further action is required from Verizon. We have attached a detailed invoice as requested.

We thank you for the opportunity to address your concerns.


Sincerely,

Verizon Executive Relations